UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHAYJJON MCCLELLAN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SACRAMENTO, et al.,<br><br>　　　　　　　Defendants. | No. 2:20–cv–560–TLN–KJN<br><br>ORDER<br><br>(ECF No. 21) |

On December 10, 2020, the court heard arguments related to plaintiff's motion to compel certain requests for production of documents. (ECF Nos. 21, 23.) Attorney Mark Merin appeared on behalf of plaintiff, and Attorney Andrea Velasquez appeared for defendants.

For the reasons stated at the hearing, defendants are hereby ORDERED to produce documents responsive to plaintiff's requests for production, set one, nos. 16, 17, 18, 19, 20, and 21, subject to an agreed-upon protective order.

Dated: December 11, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mccl.560

1