Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:     (916) 443-6911
Facsimile:      (916) 447-8336
E-Mail:           mark@markmerin.com
                      paul@markmerin.com

  Attorneys for Plaintiff
  PHAYJJON MCCLELLAN

Susana Alcala Wood (SBN 156366)
Andrea M. Velasquez (SBN 249210)
  AVelasquez@cityofsacramento.org
CITY OF SACRAMENTO
9151 Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Facsimile: (916) 808-7455

  Attorneys for Defendants
  CITY OF SACRAMENTO, SACRAMENTO
  POLICE DEPARTMENT, DANIEL HAHN,
  DARBY LANNOM, and VINCENT CATRICALA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PHAYJJON MCCLELLAN,<br><br>              Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO, et al.,<br><br>              Defendants. | Case No. 2:20-cv-00560-TLN-KJN<br><br>**JOINT STIPULATION FOR MODIFICATION OF SCHEDULING DEADLINES; ORDER** |

   Pursuant to Fed. R. Civ. P. 16(b)(4), the parties—Plaintiff Phayjjon McClellan ("Plaintiff") and Defendants City of Sacramento, Sacramento Police Department, Daniel Hahn, Darby Lannom, and Vincent Catricala (collectively, "Defendants")—submit the following stipulation for modification of the currently-applicable scheduling deadlines in this case, for the purpose of facilitating the competition of discovery.

1

**JOINT STIPULATION FOR MODIFICATION OF SCHEDULING DEADLINES**
*McClellan v. City of Sacramento*, United States District Court, Eastern District of California, Case No. 2:20-cv-00560-TLN-KJN

**STIPULATION**

WHEREAS, on May 11, 2020, the parties agreed to the following scheduling deadlines in this matter:

- Fact Discovery Cut-Off Date: February 12, 2021
- Expert Disclosure Date: March 12, 2021
- Rebuttal Expert Disclosure Date: April 9, 2021
- Expert Discovery Cut-Off Date: May 14, 2021
- Dispositive Motions Filed By: June 11, 2021

(ECF No. 13 at 2);

WHEREAS, on December 11, 2020, the Court granted Plaintiff's motion to compel responses to various requests for *Monell*-based discovery;

WHEREFORE, the parties' counsel have conferred and agreed to a six-month extension of the scheduling deadlines in this matter, in order to facilitate the competition of discovery, where outstanding discovery remains to be completed and counsels' further meet-and-confer efforts are anticipated;

NOW THEREFORE, the parties agree and stipulate that:

The currently-applicable scheduling deadlines (ECF No. 13 at 2) be MODIFIED as follows:

- Fact Discovery Cut-Off Date: August 12, 2021
- Expert Disclosure Date: September 13, 2021
- Rebuttal Expert Disclosure Date: October 11, 2021
- Expert Discovery Cut-Off Date: November 15, 2021
- Dispositive Motions Filed By: December 13, 2021

IT IS SO STIPULATED.

Dated: January 4, 2021

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

By: _____
*/s/ Mark E. Merin*
Mark E. Merin
Paul H. Masuhara

Attorney for Plaintiff
PHAYJJON MCCLELLAN

Dated: January 4, 2021

Respectfully Submitted,
CITY OF SACRAMENTO

*/s/ Andrea M. Velasquez*
(as authorized on January 4, 2021)
By: _____
Susana Alcala Wood
Andrea M. Velasquez

Attorneys for Defendants
CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT, DANIEL HAHN, DARBY LANNOM, and VINCENT CATRICALA

## **ORDER**

GOOD CAUSE APPEARING, the parties' stipulation is GRANTED.

The currently-applicable scheduling deadlines in this matter are MODIFIED as follows:

- Fact Discovery Cut-Off Date: August 12, 2021
- Expert Disclosure Date: September 13, 2021
- Rebuttal Expert Disclosure Date: October 11, 2021
- Expert Discovery Cut-Off Date: November 15, 2021
- Dispositive Motions Filed By: December 13, 2021

IT IS SO ORDERED.

DATED: January 5, 2021

_____
Troy L. Nunley
United States District Judge

3

**JOINT STIPULATION FOR MODIFICATION OF SCHEDULING DEADLINES**
*McClellan v. City of Sacramento*, United States District Court, Eastern District of California, Case No. 2:20-cv-00560-TLN-KJN